IRELL & MANELLA LLP
John C. Hueston (164921)
*jhueston@irell.com*
Steven A. Marenberg (101033)
*smarenberg@irell.com*
Alison L. Plessman (250631)
*aplessman@irell.com*
Steven N. Feldman (281405)
*sfeldman@irell.com*
Susannah M. Rooney (293493)
*srooney@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Jeff E. Scott (126308)
*ScottJ@gtlaw.com*
Jordan D. Grotzinger (190166)
*GrotzingerJ@gtlaw.com*
Robert S. Freund (287566)
*FreundR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAOLO MORENO, an individual; LAWRENCE VAVRA, an individual; and GABRIEL MORENO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SFX ENTERTAINMENT, INC., a Delaware Corporation with offices in California; ROBERT F.X. SILLERMAN, an individual; SHELDON FINKEL, an individual, <br><br> Defendants. | Case No. CV-14-0880-RSWL-CWx <br><br> Hon. Ronald S.W. Lew <br><br> STIPULATED PROTECTIVE ORDER <br><br> [DISCOVERY DOCUMENT: REFERRED TO THE HONORABLE CARLA WOEHRLE, MAGISTRATE JUDGE] |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3059552

[PROPOSED] STIPULATED PROTECTIVE ORDER

1

## [PROPOSED] ORDER

2

3   Pursuant to the Parties' Stipulated Protective Order, **IT IS SO ORDERED.**

4

5   Dated: June 17, 2014   _____

6                             HON. CARLA WOEHRLE
                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28